# FETZKO LAW OFFICES, P.C.

Brian Fetzko, Esq. - Admitted NY & NJ

| | |
|---|---|
| 12 Evergreen Drive | Tel: (845) 775-4363 |
| Suite 102 | Fax: (845) 913-9492 |
| Middletown, NY 10940 | Email: bfetzko@fetzkolaw.com |

January 30, 2020

Honorable Cecelia G. Morris
Chief United States Bankruptcy Court Judge
Southern District of New York
355 Main Street
Poughkeepsie, New York 12601

      Re:    Corey Cornell James Glover
                Bankruptcy Case No: 19-36398

Dear Judge Morris:

      I am counsel of record to Debtor, Corey Cornell James Glover. Please allow this letter to serve as a loss mitigation status report in the above matter. The secured creditor served its Loss Mitigation Affidavit on November 11, 2019. I have instructed Debtor to provide my office with documents and information related to the the secured creditor's request. To date, I have not received any documents from Debtor.

      Please do not hesitate to contact my office should the court have any questions or concerns.

Very truly yours,

*/s/ Brian Fetzko*

Brian Fetzko, Esq.